UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTILIN BABB,

    Plaintiff,
                              Case No. 20-cv-12634
                              Hon. Matthew F. Leitman
v.

GREYHOUND LINES, INC.,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART PLAINTIFF'S MOTION TO AMEND/CORRECT (ECF No. 12)

On June 7, 2021, the Court held a hearing on Plaintiff Kristilin Babb's Motion to Amend/Correct. (*See* Mot., ECF No. 12.) In that motion, Babb sought leave to file an Amended Complaint. For the reasons stated on the record, the motion is **GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE**. The motion is **GRANTED** to the extent that Babb seeks leave to file an Amended Complaint adding National Fire and Insurance as the personal injury protection (PIP) carrier. The motion is **DENIED WITHOUT PREJUDICE** to the extent that Babb seeks a ruling that the Amended Complaint relates back to the filing of the original Complaint. The Court will address the relation-back issue later in this action as appropriate. Once an Amended Complaint is filed, Defendants may file an Answer and/or any motion that they believe is appropriate at that time.

1

Babb shall file her Amended Complaint by no later than **June 21, 2021.**

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761